AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22–mj–00217 |
| William Dunfee | ) Assigned To Magistrate Judge: Upadhyaya, Moxila A. |
| | ) Assign. Date : 9/30/2022 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **William Dunfee**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder;
18 U.S.C. §§ 1512(c)(2)- Obstruction of an Official Proceeding;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 09/30/2022

Digitally signed by Moxila A. Upadhyaya
Date: 2022.09.30 16:29:18 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/30/2022, and the person was arrested on *(date)* 10/5/2022
at *(city and state)* FRAZYSBURG, OH

Date: 10/5/2022

*Arresting officer's signature*

ANDREW D. MCCABE
*Printed name and title*