NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  1:22-mj-00217

**WILLIAM DUNFEE**
        (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Curt C. Hartman (Bar No. OH0040)
*(Attorney & Bar ID Number)*
The Law Firm of Curt C. Hartman
*(Firm Name)*
7394 Ridgepoint Drive, Suite 8
*(Street Address)*
Cincinnati, Ohio  45230
*(City)*              *(State)*        *(Zip)*
(513) 379-2923
*(Telephone Number)*